UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| GEORGE SCOTT INGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 7:17-cv-01613-LSC |
| ) | |
| FREEDOM MORTGAGE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 11) filed on January 9, 2018. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** and **ORDERED** on January 10, 2018.

L. Scott Coogler
United States District Judge

190685